# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 14-763V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * *
```
                                        *
AMANDA CALLAHAN, on                     *
behalf of her minor child, J.B.,        *
                                        *
                  Petitioner,           *
                                        *        Filed:  May 7, 2015
         v.                             *
                                        *        Decision on Attorneys'
SECRETARY OF HEALTH AND                 *        Fees and Costs
HUMAN SERVICES                          *
                                        *
                  Respondent.           *
                                        *
```
* * * * * * * * * * * * * * * * * * * * * * * * *


## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on April 29, 2015.  On May 7, 2015, the parties filed a Stipulation of Facts Regarding Final Attorneys' Fees and Costs in this matter.  The parties' stipulation requests a total payment of $13,500.00, representing all attorneys' fees and costs.

An award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $1,500.00, in the form of a check payable jointly to petitioner, Andrew D. Downing, and Hennelly & Steadman, PLC

- a lump sum of $12,000.00, in the form of a check payable jointly to petitioner, Andrew D. Downing and Vann Cott & Talamante, PLLC.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.